IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   22-CR-0052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONNIQUE HESTER,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about July 13, 2021, in the State and District of Colorado, the defendant, DONNIQUE HESTER, by force, violence, and intimidation did take from the person and presence of another: a person whose initials are A.P., money belonging to and in the care, custody, control, management and possession of U.S. Bank, located at 730 Colorado Blvd., Denver, Colorado; and further, at all times relevant herein, the monies and deposits of U.S. Bank were and are insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

### COUNT 2

On or about November 13, 2021, in the State and District of Colorado, the defendant, DONNIQUE HESTER, knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### Forfeiture Allegation

1. The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violations alleged in Count 2 of this Indictment involving violations of 18 U.S.C. § 922(g)(1), defendant DONNIQUE HESTER shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: (1) Hi-Point C9 9MM bearing serial number P178941, (2) 9mm ammunition with headstamps marked "SIG" and "9mm LUGER."

3. If any of the property described in paragraph two above, as a result of any act or omission of the defendant:

    a) cannot be located upon the exercise of due diligence;
    b) has been transferred or sold to, or deposited with, a third party;
    c) has been placed beyond the jurisdiction of the Court;
    d) has been substantially diminished in value; or
    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
FOREPERSON

COLE FINEGAN
United States Attorney

<u>s/Albert Buchman</u>
Albert Buchman
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado   80202
Telephone: (303) 454-0100
Fax: (303) 454-0406
E-mail: al.buchman@usdoj.gov