DEFENDANT:               Donnique Hester

AGE/YOB:                 1968

COMPLAINT FILED?         _____ Yes     __x_____ No

                         If Yes, MAGISTRATE CASE NUMBER_____

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?    __ Yes   _x_ No

OFFENSE(S):              (1) 18 U.S.C. § 2113(a) (Bank Robbery)
                         (2) 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm)

LOCATION OF OFFENSE:     Denver, Colorado

PENALTY:                 (1) NMT 20 years imprisonment, NMT 250,000 fine, or both;
                             NMT than 3 years SR, $100 SA
                         (2) NMT 10 years imprisonment, NMT $250,000 fine, or both;
                             NMT than 3 years SR, $100 SA

AGENT:                   TFO Jared Purdy, FBI Rocky Mountain Safe Streets Task Force

                         TFO Jeffrey Hart, ATF

AUTHORIZED BY:           Albert Buchman
                         Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 x   five days or less; ___ over five days

THE GOVERNMENT

 x   will seek detention in this case based on 18 U.S.C. § 3142(f)(1) and (2)

The statutory presumption of detention is not applicable to this defendant.