IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00052-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. DONNIQUE HESTER,

 Defendant.

---

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL, OR TO ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER** AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

 This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of Donnique Hester, YOB: 1968, Booking number 2021430370 is now confined in the Downtown Detention Center, before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith in the United States District Court for the District of Colorado; to appear for proceedings in the above-referenced and pending case; and to hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District

Court for the District of Colorado, you shall return the Defendant to the institution where he was confined, under safe and secure conduct.

DATED at Denver, Colorado, this __2nd__ day of March, 2022.



BY THE COURT:

s/*S. Phillips, Deputy Clerk*
CLERK, UNITED STATES DISTRICT COURT