IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-CR0052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DONNIQUE HESTER,

    Defendant.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Donnique Hester

DATED at Denver, Colorado this 4th day of March, 2022

/S/ Wadi Muhaisen

Wadi Muhaisen
Muhaisen & Muhaisen, LLC
1435 Larimer Street, Ste. 203
Denver, CO 80202
303-872-0084
wadi@muhaisenlaw.com

## **Certificate of Service**

I hereby certify that on March 4, 2022, I presented the foregoing to the Clerk of Court for filing via ECF and served the following electronically:

United States Attorney
AUSA Al Buchman
1801 California Street
Suite 1600
Denver, CO 80202
Tel: (303) 454-0100
Fax: (303) 454-0400


/S/ Wadi Muhaisen