AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2022 MAR -9 AM 9:28
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 22-CR-0052-CMA |
| DONNIQUE HESTER, | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  **DONNIQUE HESTER**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2113(a) (Bank Robbery)
18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm)

Date: 02/9/2022

s/S. Phillips, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/9/22, and the person was arrested on *(date)* 3/4/22
at *(city and state)* Denver, CO

Date: 3/4/22

*Arresting officer's signature*

TFO JARED PURDY
*Printed name and title*