IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 22-cr-00052-CMA

UNITED STATES OF AMERICA,

 Plaintiff,

v.

DONNIQUE HESTER,

 Defendant.

___

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

___

 This matter is before the Court on Defendant's Unopposed Motion to Continue Trial and to Exclude 30 days from the Speedy Trial Act (Doc. # 18).  The Court has reviewed this Motion and the case file, and the reasons set forth in the Motion, specifically:

 1.  Counsel needs additional time to review discovery with the Defendant.

 Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

 ORDERED that Defendant's Unopposed Motion to Continue Trial and to Exclude 30 days from the Speedy Trial Act (Doc. # 18) is GRANTED IN PART and the Court

hereby grants an ends of justice continuance in this case of **30 days**, which shall be excluded from the speedy trial clock, which currently stands at **May 16, 2022**.  It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **April 26, 2022**, is VACATED and RESET to **May 31, 2022, at 11:00 AM**.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **May 9, 2022** is VACATED and RESET to **June 13, 2022, at 8:30 AM**.  It is

FURTHER ORDERED that the Motion is DENIED as to extending the motions deadline.  The motions deadline of March 28, 2022 has passed.

DATED:  April 14, 2022

BY THE COURT:

_Christine M Arguello_
CHRISTINE M. ARGUELLO
United States District Judge