**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

CASE NO. 22-CR-0052-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DONNIQUE HESTER,

      Defendant.

---

**NOTICE OF DISPOSITION**

---

      Donnique Hester, by and through undersigned counsel, Wadi Muhaisen, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant requests a change of plea hearing for the court to consider the proposed plea agreement.

      Respectfully submitted this 18th$^{th}$ day of May, 2022

      /S/ Wadi Muhaisen

      Wadi Muhaisen
      Muhaisen & Muhaisen, LLC
      1435 Larimer Street, Ste. 203
      Denver, CO 80202
      303-872-0084
      wadi@muhaisenlaw.com

      Attorney for Defendant Hester

CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Albert Buchman,
    Assistant United States Attorney
    Al.Buchman@usdoj.gov