IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DONNIQUE HESTER,

    Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 30th day of June, 2022.

    COLE FINEGAN
    United States Attorney

By:    s/ *Kurt J. Bohn*
    Kurt J. Bohn
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Ste. 1600
    Denver, CO 80202
    Telephone: (303) 454-0100
    Email: kurt.bohn@usdoj.gov
    *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                                                   s/ *Jason Haddock*
                                                   FSA Paralegal
                                                   U.S. Attorney's Office