IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-cr-00052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIQUE JEROD HESTER,

    Defendant.

## MR. HESTER'S OBJECTION TO PRESENTENCE INVESTIGATION REPORT

    Donnique Hester, by and through undersigned counsel, Wadi Muhaisen, hereby files his objection to the initial Presentence Investigation Report ("PSIR").

    Mr, Hester objects to the PSIR's Paragraph 133 which states that the guideline imprisonment range is 92 months to 115 months.

Date: 7-23-22                              *Wadi Muhaisen*
                                                           Wadi Muhaisen

CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

>Albert Buchman,
>Assistant United States Attorney
>Al.Buchman@usdoj.gov