IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.: 22-cr-00052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIQUE JEROD HESTER,

    Defendant.

**GOVERNMENT'S MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States, through the undersigned Assistant United States Attorney, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b). Defendant's agreement to plead guilty and timely notice thereof permitted the government

//


//


//

1

to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently.

Dated:   July 25, 2022

                                    Respectfully submitted,

                                    COLE FINEGAN
                                    United States Attorney

By:   /s/ *Albert Buchman*
       ALBERT BUCHMAN
       Assistant United States Attorney
       1801 California St., Suite 1600
       Denver, Colorado 80202
       Phone:   (303) 454-0203
       Fax:   (303) 454-0405
       E-mail: al.buchman@usdoj.gov
       Attorney for the United States

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

            By: /s/ *Albert Buchman*
               ALBERT BUCHMAN
               Assistant United States Attorney
               1801 California St., Suite 1600
               Denver, Colorado 80202
               Phone: (303) 454-0203
               Fax: (303) 454-0405
               E-mail: al.buchman@usdoj.gov
               Attorney for the United States