IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-cr-00052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIQUE JEROD HESTER,

    Defendant.

_____

### UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT
_____

The United States of America, by and through United States Attorney Cole Finegan and Assistant United to Attorney Albert Buchman, respectfully files this Response to Defendant's "Objection to Presentence Investigation Report," ECF No. 30.

Defendant objects to the guideline imprisonment range in the PSR's paragraph 133, ECF No. 29. *Id.* The difference between the plea agreement's estimated guideline range and the PSR's appears to be based on differing criminal history categories calculated: V in the plea agreement, VI in the PSR. *Compare* ECF 24, p. 8-9 (plea agreement) *with id.* No. 29, ¶ 44-80 (PSR's calculation). Examining the basis of the

//



//

criminal history category calculation in the PSR, the Government agrees that criminal history category VI is correct.

Accordingly, the guideline range in paragraph 133 appears to be correct.

DATED this 25th day of July, 2022.

COLE FINEGAN
United States Attorney

*/s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      /s/ *Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.Buchman@usdoj.gov