Donnique Hester 33600013
9595 W Quincy Ave
Littleton, Co 80123

1)

5:54 PM                                      8-5-22

Hello Maddam Judge Arguello,
I am 53 yrs. And I'd like to say all life matters. Now my real fathers name is Roy Blue I met him at 11yr he died of Cancer, Agent Orange + alcholism.
So I was born wit this addiction in my blood. My sisters father raised me when I did wrong, I was hit wit everything plus the kitchen sink. Over at his mothers house I had to fight for food so me and my sister could eat she was young an don't remember this was in Ohio. My mother was in the army reserve an would send us money. I started smoken + salen weed in high school fighting after school over money owed 2 me. by 21 I was snorting keyes of coke an working at Mcdonalds on 34 + colo Blvd. By 24 I was in the pen for 5yrs. out at 30 now days of find myself trying to catch up wit life February I owed some very bad people who was going to kill me so I did what I did out of desperation an pray an hope for forgiveness for the bank. I should never have passed the envelope in that bank I feel remoresful thats no excuse, my Pappy taught me to be a MAN in all things that I do.

→

At this time I am married to Ms. Raquel V. Hester God has helped me get my life together by meeting my wife, getting a job and take care of my mother she has alzhimers she still remembers me but after five years who knows.
My wife is dissabled an need my hands an legs I still have ~~ ~~ for me ah bank account and job please don't give me so much time to where it don't matter any more Maddam Judge Arguello I have paperwork on booklets I've done here at Englewood also books I've read a Dreamer interpretation book a self help book called A return to Classical Manhood. I can back up all of the classes taken at F.D.C. Englewood. I've taken 20 classes                    ouch
An if I-F-up My wife will kick my AZZ ☺
That was ah joke Ms. Arguello GOD Bless.
               Cee U on 17th
               of Aug, 22

```
ENGF8              *         INMATE EDUCATION DATA        *      05-11-2022
PAGE 001 OF 001    *              TRANSCRIPT              *      03:47:13

REGISTER NO: 33600-013    NAME..: HESTER                   FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: ENG-ENGLEWOOD FCI

----------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
ENG  ESL HAS    ENGLISH PROFICIENT           05-04-2006 0943 CURRENT
ENG  GED HAS    COMPLETED GED OR HS DIPLOMA  05-04-2006 0947 CURRENT

------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL    DESCRIPTION                  START DATE  STOP DATE EVNT AC LV  HRS
ENG DCU     FDC MIDDLE AGES & RENAISSANCE 04-16-2022 05-06-2022  P  C  P   10
ENG DCU     FDC IMPERIALISM&WRLD CONFLICTS 04-16-2022 05-06-2022  P  C  P   10
ENG DCU     FDC ADVANCED INVESTMENTS      04-23-2022 04-30-2022  P  C  P   10
ENG DCU     FDC CREATIVE THINKERS' TOOLKIT 04-23-2022 04-30-2022  P  C  P   10
ENG DCU     FDC ART OF CONFLICT MGMT      04-23-2022 04-30-2022  P  C  P   10
ENG DCU     FDC ZOOLOGY                   04-23-2022 04-30-2022  P  C  P   10
ENG DCU     FDC ART OF STORYTELLING       04-23-2022 04-30-2022  P  C  P   10
ENG DCU     FDC FINANCIAL LITERACY        04-16-2022 04-23-2022  P  C  P   10
ENG DCU     FDC MAYO CLINIC DIET          04-16-2022 04-23-2022  P  C  P   10
ENG DCU     FDC TURNING PTS IN AM HIS I   04-16-2022 04-23-2022  P  C  P   10
ENG DCU     FDC RAISING HEALTHY KIDS      04-16-2022 04-23-2022  P  C  P   10
ENG DCU     FDC SCIENCE OF RAISING KIDS   04-16-2022 04-23-2022  P  C  P   10
ENG DCU     FDC MONEY MANAGEMENT SKILLS   03-25-2022 04-16-2022  P  C  P   10
ENG DCU     FDC ECONOMICS OF UNCERTAINTY  03-25-2022 04-16-2022  P  C  P   10
ENG DCU     FDC SECRETS OF MYSTERY FICTION 03-25-2022 04-16-2022  P  C  P   10
ENG DCU     FDC OUTSMART YOURSELF         03-25-2022 04-16-2022  P  C  P   10
ENG DCU     FDC ECONOMIC CRASHES & CRISES 03-25-2022 04-16-2022  P  C  P   10
VIP         RPP USP HIV/AIDS AWARE (C1)   06-13-2013 06-13-2013  P  C  P    1
LEW SMU     SMU PERSONAL GROWTH II RPP 6  07-14-2010 09-07-2010  P  C  P    3
LEW SMU     SMU PERSONAL GROWTH I RPP 6   06-08-2010 09-07-2010  P  C  P    3
LEW SMU     RECREATION LEISURE PACKETS    10-01-2009 09-21-2010  P  C  P   52
FLP         GEOGRAPHY T-TH/2-3:00P        09-05-2006 12-09-2006  P  C  P   20
FLP         ANIMALS OF WILD/SATURDAY 8AM  09-05-2006 12-09-2006  P  C  P   20
FLP         20TH CENTURY/SATURDAY 1PM     09-05-2006 12-09-2006  P  C  P   20
FLP         ACE MONDAYS 7-8PM             09-05-2006 11-06-2006  P  C  P   20




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Donnique Hester 33000-013
9595 W Quincy Ave F.D.C. Englewood
Littleton Co 80123.

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 15 2022

JEFFREY P. COLWELL
CLERK

To Clerk of court.
Judge. Christine Arguello
United States courthouse
901 19st
Denver Co 80294.