IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:22-cr-00052-CMA-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DONNIQUE JEROD HESTER,

      Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 16th day of August 2022.

                        COLE FINEGAN
                        United States Attorney

By:   *s/ Thomas Minser*
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, Colorado 80202
       Telephone: 303-454-0100
       Fax: 303-454-0405
       Email: Thomas.Minser@usdoj.gov
       Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 16th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                By:    *s/ Deana Ambrosen*
                           Legal Assistant
                           United States Attorney's Office