FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 25 2022
JEFFREY P. COLWELL
CLERK

Time 9:56 pm

8·22·2022

Please appoint me a new lawyer Judge Christine Arguello. thank you may GOD Bless my words to the court. and thank you agin from me and my wife.

*Rounique Hester*

I need a copy of my court Docket.