## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 25 2022**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

UNITED STATES OF AMERICA,

v.

Donnique J. Hester_____, Movant/Defendant.

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
## PURSUANT TO 28 U.S.C. § 2255

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

### A.    MOVANT/DEFENDANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Donnique J. Hester   33600013   9595 W. Quincy Ave
(Movant/Defendant's name, prisoner identification number, and complete mailing address)

Littleton CO 80123

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

X    Convicted and sentenced federal prisoner
___ Other: *(Please explain)* _____

**B.    CONVICTION UNDER ATTACK**

Name of the court that entered the
judgment of conviction:

United States District Court
federal Court

Date the conviction was entered:

August 17 2022

Case number:

22-CR-0052-CMA

Length and type of sentence:

92 ~~mos~~ Months

Are you serving any other sentence?

___ Yes  ✓ No (*check one*)

Offense(s) you were convicted of
committing:

18 USC. 922(g)(1)(Felon in possession of firearm
18 USC §2113(a) Bank Robbery

What was your plea?

Plea deal

Kind of trial:

___ Jury  ✗ Judge only (*check one*)

**C.    DIRECT APPEAL**

Did you file a direct appeal?

___ Yes  ✓ No (*check one*)

Date and result of direct appeal:

Did you seek review in the United States
Supreme Court?

___ Yes  ✓ No (*check one*)

Date and result of review in the United
States Supreme Court:

If you did not file a direct appeal, explain
why:

My lawyer didn't inform wife + Me
on how to prove her handy cap
in court. for my hardship.
on reduced sentence for my wife.
Inefective Assistance of
council

List the claims raised:

2

CLAIM ONE:   Hardship + Reduced sentence

Supporting facts:
Wadi Muhaisen did not inform us that we did need Paperwork to prove Raquel Hester (Valencia) is Very disabled and now requires an evening/nitetime Caregiver. Congestive heart failure, High risk of falls, Vision getting worse; has had surgery in Both eyes, diabetic Neoropathy; uses a power wheel chair. to visit me here,

**F.   PROCEDURAL DEFAULT**

Did you raise on direct appeal any of the
claims you are asserting in this motion?        ___ Yes   ✓ No (*check one*)

If you answered "Yes," state which claims were raised on direct appeal and explain why those
claims are being raised again:

If you answered "No," explain why you did not raise your claims on direct appeal:
This is my first appeal. ON this matter

**G.   TIMELINESS OF MOTION**

*If the judgment of conviction or the sentence under attack became final more than one year prior
to the filing of this motion, explain why the motion is not barred by the one-year limitation period
in 28 U.S.C. § 2255(f).   If additional space is needed, use extra paper to explain your answer.
Please indicate that additional paper is attached and label the additional pages regarding
timeliness as "G. TIMELINESS OF MOTION."*

**H.   REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do.   If additional space is needed
to identify the relief you are requesting, use extra paper to request relief.   Please indicate that
additional paper is attached and label the additional pages regarding relief as "H. REQUEST
FOR RELIEF."* I am requesting that my wife is at risk adult due to her congestive heart failure, high risk falls vision getting worse has had sergery in both eyes diabetic Neoropahhy uses a power wheel chair to come see me.

**I.   MOVANT/DEFENDANT'S SIGNATURE**

I declare under penalty of perjury that I am the movant/defendant in this action, that I have read
this motion, and that the information in this motion is true and correct.   *See* 28 U.S.C. § 1746; 18
U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this motion: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Movant/Defendant's Signature)

8-22-2022
_____
(Date)

(Form Revised December 2017)

5

3.      On a single motion to vacate, you may challenge only one judgment of conviction.  If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file a separate motion to vacate as to each judgment.

4.      The completed motion to vacate and, if applicable, a completed motion for leave to proceed pursuant to 28 U.S.C. § 1915, should be mailed to the Clerk of the United States District Court at the following address:

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, CO 80294-3589

5.      You must furnish the opposing party or its attorney with a copy of all documents submitted to the court for filing and consideration.  Each original document (except the original motion to vacate) must include a certificate stating the date a copy of the document was mailed to the opposing party or its attorney and the address to which it was mailed.  Any document received which fails to include a certificate of service may be disregarded by the court or returned.  An example of a certificate of service is:

I hereby certify that a copy of the foregoing pleading/document was mailed to Wadi Muhaisen (opposing party or counsel for opposing party) at 1435 Larimer (address) on 8-22- 2022

*Movant's Original Signature*

6.      The United States district judges, the United States magistrate judges, the Clerk of the Court, and deputy clerks are officers of the court and are prohibited from giving legal advice.  Legal questions should be directed to an attorney.

Please provide me an attorney.

## INFORMATION AND INSTRUCTIONS FOR FILING
## A MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE
## PURSUANT TO 28 U.S.C. § 2255

Attached are the forms you will need to file a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct a federal sentence (motion to vacate). All questions must be answered clearly and concisely in the appropriate spaces on the forms. Attach an additional page if you need extra space to answer a question, clearly identifying the question to which the additional page pertains. Absent prior order of the court, the total length of the motion to vacate, including the form and all additional pages, may not exceed thirty pages. Pursuant to the Court's local rules, the motion to vacate and all other papers must be typewritten or legibly handwritten, text shall be printed on only one side of each page, all documents must be filed on paper that measures 8.5 inches by 11 inches, and all papers shall include margins of 1.5 inches at the top and 1 inch at the left, right, and bottom.

You should exercise care to assure that all answers are true, correct, and complete. You are cautioned that any deliberately false statement of a material fact may serve as a basis for prosecution and conviction for perjury. You must sign each form. Further instructions for completing these forms are provided below.

### Payment of Expenses Under 28 U.S.C. § 1915

1.      A filing fee is not required for a motion to vacate. If you do not have the necessary funds for transcripts, counsel, appeal, or other fees associated with a motion to vacate, you may request that the court direct payment by the United States of these expenses by filing a motion and affidavit for leave to proceed pursuant to 28 U.S.C. § 1915 available from the Clerk of the Court.

### The Motion to Vacate

1.      You must provide the court with an original motion to vacate. You should keep an additional copy of the motion to vacate for your own records.

2.      The following list of the most frequently raised claims for relief in proceedings pursuant to 28 U.S.C. § 2255 is furnished for your information only. This list includes (a) conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with the understanding of the nature of the charge or the consequences of the plea, (b) conviction obtained by use of coerced confession, (c) conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, (d) conviction obtained by use of evidence obtained pursuant to an unlawful arrest, (e) conviction obtained by a violation of the privilege against self-incrimination, (f) conviction obtained by the unconstitutional failure of the prosecution to disclose evidence favorable to the defendant, (g) conviction obtained by a violation of the protection against double jeopardy, (h) conviction obtained by the action of a grand or petit jury which was unconstitutionally selected and impaneled, (I) denial of effective assistance of counsel, and (j) denial of right of appeal. This is not a complete list, and you may raise any other claims for relief you may have.

(Rev. 4/22/13)

1). May GOD bless my word
for my freedom depends
on Them.

Hello
Your, Honorable Maddam Judge Arguell
I Began This with vision of Charater
~~that is~~ Grace A humbled heart
stemmed from a Accountability
Matured from remorse. As I come
before you ~~is~~ now. Allow me to magnify
an indebth look as to why an How
an not by means of Justifycation
nor excusses. The circumstances which
caused the effect ~~of~~
~~the effect~~ of the
allegations against ME. From the
worst of the United States
Most deadliest prison yards.
— The U.S.P's I came out with a
trendcending demenor filled wit
passion, purpose an intent. And that
was the bright side of the token
Unbeknowest to me was the Flipside
The long very dark, Brrutal, Insane
Characteristics gained from enduring
realities The Anxioty, Post Tramatic
disorder, Impulsivness Leeked out
in ways I didn't anticipate at all. —
In my upmost honest opinion, prison
has failed ME in multiple ways.
being bcked in a cell 24 hrs a day.
On Average of six to 7 months per year
as a means of Corporal punishment plays
a roll in my facad of Reslence.
When outside the cage of that
temporarey home in Population

I always take the number one
position in all jobs that I do
I've done over 200 hrs of classes
in the F.D.C. I've read kingology
By K.L. Blakes. I am an Orderly
in unit and I have my educational
Data Transcript.
And Day one of my release I
have a job being a care giver

2)

of blood thirsty, savage Animalistic human beings The "confined war" is on Yet Mainly amongst ourselves hopeless, under Educated, Deperate individuals Make up 75% - 80% of the Masses in these enviorment. Wit Majority serving sentences beyond ones life expectancy We segregate and politic in order to maintain some sort of livelyhood. In a setting where the only thing respected is violence When I seen my cellie in victorvill getting stabbed all I could do was mind my bizzness now this transformed me into something else realizing that theirs a possility that I may not make it home alive! And now it may arrive agin. from me oweing $ to some very bad people I pass a note in a bank I feel so bad doing this out of Desperation ~~this~~ ~~that~~ I did before meeting my loving wife Raquel Hester I now look at life differently now I look after my wife + MOM I don't do drugs any more or hang out. I have a job, banking, account and lov helping young people who are trying to find there way in life. I give them insite in to ways not 2 get cought up in this here system.

3)

I didn't kno how broken I was
sleepless nites, panic Attacks
caustaphobia grips me. screeming in sleep.
No physc Meds or Mential health
perscribed. ~~S~~
Even on Nov. 30 of 21 the Denver
police tried 2 kill me in the city jail
gerage by uncl)ffing me putting
me on a gurney then straping me
to a bed an chocking me tring
to break my leg also E.M.T's
tried to shoot me up wit
ah serenge full of halldoll
I told him man you shoot me
up wit all dat I die the E.M.T
smiled then put top back an
serenge. Then took me 2
Denver health an the police
lied on me saying I was on
P.C.P the Doc told them no he's
not hi on anything after doing
check up. an (test) (Drugs)
Praise GOD.
                    All lives matter.
My wife is at risk adult from her
handicap my mother has alheimer +
Dymincha I have a job banking account
and housing please have mercy on me.
P.S.  I've sent you my educational
Data Transcript wit over 300 hrs of
classes done in F.D.C. Also will be
doing pod cast from home  →

Please take into account what
you told me at last court date
you could go above the guide
lines or below them Ive done
over 500ʰʳˢ of classes in F.D.C.
I have transcript right here
I am afraid of loosing my
Mother and dear wife. And
society has rules + regulation
punishment is a part of breaking
laws I understand this and
I thank you for your time
Maddam Judge Arguell pleas
sentence me 2 first step Act
the classes will reduce ~~out~~ any
time given to me by you
your honor and will contribute
to my success in society.
I am asking for a compassionet
release or keep me at ~~████~~ FCI englewood
dew 2 my age and wifes dissabilty.



Donnique Hester 33600-013
9595 W Quincy Ave
Littleton, Co 80123

Judge Christine Arguello
Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A105
Denver, Co 80294-3589.

Legele Mail

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLE ON ···· ···· 12

DATE/INITIALS _____ 8/23/22

CIAL MAILING
···ETHER BEEN
···OR PROBLEM
··· TO RETURN
···TION IF THE
···TO ANOTHER
···VE ADDRESS.

THE ENCLOSED LETTER WAS PROCESSED TH···
PROCEDURES FOR FORWARD···· TO YOU THE ···
OPENED NOR INSPECTED IF THE WR TER RA···
OVER WHICH THIS FACILITY HAS NO JURISD··· ···
THE MATERIAL FOR FURTHER INFORMATION OR ···
WRITER ENCLOSES CORRESPONDENCE FOR FORW···
ADDRESS SEE PLEASE RETURN THE ENCLOSURE TO THE ···

