IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 22-cv-02194-CMA
Criminal Action No. 22-cr-00052-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

DONNIQUE HESTER,

    Defendant/Movant.

## ORDER

After preliminary consideration of the Defendant's Motion to Vacate, Set Aside, Or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 42), it is

ORDERED that the United States Attorney on or before September 12, 2022, shall file an answer or other pleading directed to the Motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.  It is

FURTHER ORDERED that Defendant may file a reply **within thirty (30) days** of the filing of the answer or other pleading.  It is

FURTHER ORDERED that Defendant's August 26, 2022, letter (ECF No. 41) is construed as a motion for the appointment of counsel and is DENIED WITHOUT PREJUDICE as premature.  Generally, the right to appointed counsel extends to the first appeal of right, and no further.  *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987).  The Court will reconsider appointment of counsel if an evidentiary hearing is required.

*Swazo v. Wyoming Dept. of Corrections State Penitentiary Warden*, 23 F.3d 332, 333 (10th Cir. 1994).

DATED:  August 29, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
Senior United States District Judge