IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 22-cv-02194-CMA
Criminal Action No: 22-cr-00052-CMA

**UNITED STATES OF AMERICA,**

        **Plaintiff-Respondent,**

  vs.

**DONNIQUE HESTER,**

        **Defendant-Movant.**

**UNITED STATES' MOTION FOR 30-DAY EXTENSION OF TIME
TO RESPOND TO MOTION UNDER 28 U.S.C. § 2255 [DOC. 42]**

_____

The United States respectfully moves for a 30-day extension of time, up to and including October 12, 2022, to respond to defendant Donnique Hester's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Doc. 42.] This is the United States' first motion for an extension of time. Hester's motion alleges that counsel ineffectively failed to inform Mr. Hester of the requisite proof to establish his wife's disability, and he also appears to seek a reduced sentence. This Court ordered the government to respond by September 12, 2022. [Doc. 43.]

Undersigned counsel cannot reasonably prepare and file the response by September 12, 2022, with the exercise of due diligence. Counsel is busily drafting two answer briefs, each of which has received one extension of time, in the Tenth Circuit

Court of Appeals: *United States v. Zhong*, 22-1034, due on September 12, 2022; and *United States v. Windom*, 22-1077 and 22-1119, due on October 6, 2022.

Because Mr. Hester is incarcerated and proceeding pro se, counsel has not obtained his position on this motion. *See* D.C. Colo. LCivR. 7.1(b)(1). Nevertheless, counsel certifies that this motion is not being made for delay or any other improper purpose.

Wherefore, the government respectfully requests that the Court grant this motion for a 30-day extension of time, up to and including October 12, 2022, to respond to Mr. Hester's § 2255 motion.

Respectfully submitted this 31st day of August, 2022.

        Cole Finegan
        United States Attorney

        s/ *Elizabeth Ford Milani*[1]
        Elizabeth Ford Milani
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0408
        E-mail: Elizabeth.Ford.Milani@usdoj.gov

        Counsel for Plaintiff-Respondent
        United States of America

---

[1] The undersigned attorney has not filed an entry of appearance in this matter, but rather relies upon this signed and filed pleading as her appearance, per D.C.Colo.LAttyR 5(a)(1). To that end, the undersigned certifies that she is a member of the bar of this court in good standing.

## CERTIFICATE OF SERVICE

I hereby certify that on <u>August 31, 2022</u>, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that a copy will be placed in the U.S. Mail, postage pre-paid and addressed to the following:

Donnique J. Hester
Reg. No. 33600-013
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123

                                                   */s/ Kayla Keiter*
                                                   KAYLA KEITER
                                                   U.S. Attorney's Office