AO 245B (CO Rev. 11/20) Judgment in Criminal Case

| | |
|---|---|
| DEFENDANT: DONNIQUE HESTER | Judgment — Page 2 of 7 |
| CASE NUMBER: 1:22-cr-00052-CMA-1 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Ninety-two (92) months,** as to each count, to be served concurrently.

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the Bureau of Prisons attempt to designate the defendant to a facility within Denver, Colorado, so that the defendant can be closer to his wife and mother.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Fully

Defendant delivered on 9/20/22 to USP Atwater

at Atwater, CA , with a certified copy of this judgment.

BM Traye Warden
~~UNITED STATES MARSHAL~~

By F Josh CSC
~~DEPUTY UNITED STATES MARSHAL~~

AO 245B (CO Rev. 11/20)    Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| --- | --- | --- |
| v. | ) | |
| | ) | |
| DONNIQUE HESTER | ) | Case Number:  1:22-cr-00052-CMA-1 |
| | ) | USM Number:  33600-013 |
| | ) | Wadi F. Muhaisen |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s)   1 and 2 of the Indictment.

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
| --- | --- | --- | --- |
| 18 U.S.C. § 2113(a) | Bank Robbery | 07/13/2021 | 1 |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 11/13/2021 | 2 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 17, 2022
Date of Imposition of Judgment

_Christine M. Arguello_
Signature of Judge

Christine M. Arguello, Senior United States District Judge
Name and Title of Judge

8/22/2022
Date