IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:22-cr-00052-CMA

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   Defendant.

1.  DONNIQUE HESTER,

---

**ATTORNEY WADI MUHAISEN'S MOTION TO WITHDRAW AS COUNSEL**

---

     Pursuant to D.C.COLO.LAttyR 5(b), undersigned counsel moves to withdraw from this case.

1. On March 4, 2021 the Hon. Magistrate Michael E. Hegarty appointed undersigned counsel to represent Donnique Hester. (Doc. No. 9). Counsel filed Notice of Appearance the same day. (Doc. No. 8).

2. Defendant Hester pleaded guilty on May 31, 2022 (Doc. 23) and was sentenced on August 17, 2022 (Doc. 38).

3. During the sentencing hearing the Court denied Mr. Hester's Motion for a Variant Sentence based on Defendant's wife's medical situation. (Doc. 38).

4. On August 26, 2022, Defendant filed pro se "Motion to Vacate under 28 U.S.C. 2255." (Doc. 42). Upon information and belief, Defendant Hester's filing alleges ineffectiveness by Undersigned Counsel for something related to his wife's disability.

5. Based on Mr. Hester's allegations, the attorney-client relationship in this case is

irretrievably broken, that Undersigned Counsel cannot effectively represent the Defendant, and moves to withdraw based on Colorado Rule of Professional Conduct 1.6.

6. Defendant has been provided notice that he is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules and is responsible for qualifying for and requesting new appointed counsel.

7. On August 26, 2022, Defendant Hester filed "Letter re: Request to Appoint Counsel." (Doc. 41).

8. The Government now has until October 12, 2022, to file a response to Document 42, Defendant Hester's Motion to Vacate; Undersigned Counsel has no further role to play in this case and therefore requests permission to withdraw.

WHEREFORE, undersigned counsel respectfully requests permission to withdraw as counsel in the above matter.

DATED at Denver, Colorado this 27th day of September 2022

/S/ Wadi Muhaisen
Muhaisen & Muhaisen, LLC

1435 Larimer Street, Ste. 203
Denver, CO 80202
303-872-0084
wadi@muhaisenlaw.com

## Certificate of Service

I hereby certify that on September 27, 2022, I presented the foregoing to the Clerk of Court for filing via CM/ECF electronic filing system and served it on the following, also via electronic filing:

Assistant United States Attorney
al.buchman@usdoj.gov
elizabeth.ford.milani@usdoj.gov
kurt.bohn@usdoj.gov
thomas.minser@usdoj.gov
1801 California Street
Suite 1600
Denver, CO 80202
Tel: (303) 454-0100


/S/ Wadi Muhaisen
Wadi Muhaisen