**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

---

Civil Action No: 22-cv-02194-CMA
Criminal Action No: 22-cr-00052-CMA

**UNITED STATES OF AMERICA,**

   **Plaintiff-Respondent,**

 **vs.**

**DONNIQUE HESTER,**

   **Defendant-Movant.**

---

**UNITED STATES' SECOND MOTION FOR 30-DAY EXTENSION OF TIME
TO RESPOND TO MOTION UNDER 28 U.S.C. § 2255 [DOC. 42]**

---

The United States respectfully moves for a second 30-day extension of time, up to and including November 14, 2022,[1] to respond to defendant Donnique Hester's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. [Doc. 42.] Hester's motion alleges that counsel ineffectively failed to inform Mr. Hester of the requisite proof to establish his wife's disability, and he appears to seek a reduced sentence. This Court previously granted the government one 30-day extension of time, and the response is currently due on October 12, 2022. [Doc. 45.]

---

[1] Thirty days from October 12, 2022, is November 11, 2022—Veterans Day. November 14 is the next business day. *See* Fed. R. Civ. P. 6(a)(1)(C); Fed. R. Crim. P. 46(a)(1)(C).

Undersigned counsel cannot reasonably prepare and file the response by October 12, 2022, with the exercise of due diligence.  Counsel recently filed an answer brief in the Tenth Circuit Court of Appeals, *United States v. Windom*, 22-1077 and 22-1119, on October 6, 2022.  Moreover, the district court recently granted a motion to suppress in a separate case, *United States v. Daniels*, 21-cr-00032-RMR (September 29, 2022), and undersigned counsel is currently conferring with the Department of Justice to determine whether to appeal that order.

Because Mr. Hester is incarcerated and proceeding pro se, counsel has not obtained his position on this motion.  *See* D.C. Colo. LCivR. 7.1(b)(1).  Nevertheless, counsel certifies that this motion is not being made for delay or any other improper purpose.

Wherefore, the government respectfully requests that the Court grant this motion for a second 30-day extension of time, up to and including November 14, 2022, to respond to Mr. Hester's § 2255 motion.

Respectfully submitted this 6th day of October, 2022.

Cole Finegan
United States Attorney

s/ *Elizabeth Ford Milani*
Elizabeth Ford Milani
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0408
E-mail: Elizabeth.Ford.Milani@usdoj.gov

Counsel for Plaintiff-Respondent
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>October 6, 2022</u>, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system. I also certify that a copy

will be placed in the U.S. Mail, postage pre-paid and addressed to the following:


Donnique J. Hester
Reg. No. 33600-013
FCI Englewood
9595 West Quincy Avenue
Littleton, CO 80123



<u>/s/ Kayla Keiter</u>
KAYLA KEITER
U.S. Attorney's Office