IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIQUE HESTER,

    Defendant.

_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

    COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, and hereby gives notice to the Court that it will not seek a criminal order of forfeiture for the Hi-Point C9 9mm handgun, bearing serial no. P178941, and the 9mm ammunition with headstamps marked "SIG" and "9mm LUGER" which were included in the Preliminary Order of Forfeiture entered on July 7, 2022 (Doc. 28), as these items were determined to be stolen and they will be returned to the owner.

    ///

DATED this 13th day of December 2022.

> Respectfully submitted,
>
> COLE FINEGAN
> United States Attorney
>
> By: s/ *Kurt J. Bohn*
> Kurt J. Bohn
> Assistant United States Attorney
> United States Attorney's Office
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0100
> Email: kurt.bohn@usdoj.gov
> *Attorney for the United States*

2