IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02194-CMA Criminal Action No. 22-cr-00052-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DONNIQUE HESTER,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed.R.Civ.P. 58(a) and the Order, filed on February 16, 2023, by the Honorable Christine M. Arguello, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Under 28 § 2255 (ECF No. 42) is denied.

FURTHER ORDERED that no certificate of appealability will issue because Mr. Hester has not made a substantial showing of the denial of a constitutional right.

FURTHER ORDERED that the corresponding civil action is dismissed.

DATED: February 16, 2023

                                  FOR THE COURT:

                                  JEFFREY P. COLWELL, CLERK

                                  *s/ M. Smotts*
                                  M. Smotts, Deputy Clerk