OFFICE OF THE CLERK
United States District Court
901-19th Street, Room A105
Denver, CO 80294-3589

**OFFICIAL BUSINESS**

Donnique Hester
#33600-013
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123

22cr 52 CMA

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2023

JEFFREY P. COLWELL
CLERK

55 54

**RETURN TO SENDER**
NO AUTHORIZATION ON FILE ___
UNIDENTIFIABLE NAME/NUMBER ___
NOT AT THIS ADDRESS  X
NO FORWARDING ADDRESS ___

```
-R-T-S-   801235070-1N        03/07/23

          RETURN TO SENDER
          UNABLE TO FORWARD
          UNABLE TO FORWARD
          RETURN TO SENDER
```

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

neopost
02/17/2023
US POSTAGE
$01.74
FIRST-CLASS MAIL
ZIP 80294
041L11245087